**Opinion filed August 9, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00168-CV

_____

## NATHAN ALTENHOFEN, Appellant

## V.

## CHRISTINA BUSH, Appellee

**On Appeal from the 446th District Court**

**Ector County, Texas**

**Trial Court Cause No. CC2-24,836**

### M E M O R A N D U M   O P I N I O N

Nathan Altenhofen, Appellant, filed a notice of appeal from an order for capias and setting of bond that was based upon a motion to revoke the suspension of commitment in the underlying case, which involved child custody and child support. Upon filing the appeal, the clerk of this court notified Appellant by letter that it did not appear this court had jurisdiction to entertain this appeal as it appeared to be a direct appeal from an interlocutory order related to a contempt proceeding. We requested that Appellant respond and show grounds to continue the appeal, and we

noted that a contempt order is properly attacked through a writ of habeas corpus, not by direct appeal. *See In re K.L.S.*, No. 11-93-006-CV, 1993 WL 13141893, at *1 (Tex. App.—Eastland June 24, 1993, no writ). Although Appellant has filed a response to this court's letter, he has not shown grounds upon which this appeal may continue. We dismiss the appeal.

A judgment of contempt is not appealable on direct appeal. *Tex. Animal Health Comm'n v. Nunley*, 647 S.W.2d 951, 952 (Tex. 1983). Likewise, an order for capias is not an appealable order. *In re Gonzalez*, 993 S.W.2d 147, 157–58 (Tex. App.—San Antonio 1999, no pet.). The only available means of review from an order of contempt or an order for capias are writs of mandamus and writs of habeas corpus. *In re Long*, 984 S.W.2d 623, 625 (Tex. 1999) (orig. proceeding); *Gonzalez*, 993 S.W.2d at 158. Because Appellant has filed a direct appeal from an interlocutory order for capias that is not an appealable order, we have no jurisdiction and must dismiss this appeal.

We note that Appellant has also filed in this court an application for writ of habeas corpus, which was filed in this court as Cause No. 11-18-00197-CV and styled *In re Nathan Altenhofen*. The application for writ of habeas corpus remains pending in this court at this time.

The appeal, Cause No. 11-18-00168-CV, is dismissed for want of jurisdiction.

PER CURIAM

August 9, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1] Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.

2